| | |
|---|---|
| | **UNITED STATES DISTRICT COURT** |
| | **EASTERN DISTRICT OF CALIFORNIA** |

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR. | Case No.: 1:17-cv-01706-SAB (PC) |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S MOTION TO EXPEDITE SCREENING OF COMPLAINT |
| D. DAVEY, et al., | [ECF No. 7] |
| Defendants. | |

Plaintiff Jarrod Joseph Miller is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion to expedite screening of his civil rights complaint, filed January 24, 2018.

Plaintiff filed the instant action on December 19, 2017, and on this same date, the Court issued an order directing Plaintiff to submit a completed in forma pauperis application or pay the $400.00 filing within forty-five days. (ECF No. 5.) To date, Plaintiff has not filed a completed in forma pauperis application or paid the filing fee, and the deadline for doing so is February 2, 2018. Therefore, the Court cannot screen Plaintiff's complaint unless and until a complete in forma pauperis application is filed or the filing fee is paid in full, and there is no exception to this rule. 28 U.S.C. § 1914; 28 U.S.C. § 1915(a)(1). In addition, as Plaintiff was advised in the First Informational Order, "[t]his Court screens pro se plaintiff's complaints as expeditiously as possible. However, the Court

1

has an extremely large number of pro se plaintiff civil rights cases pending before it, and delay is inevitable. As long as a party keeps the Court informed of the party's current address, the Court will provide notice of all actions which might affect the case as soon as an action is taken in the case." (ECF No. 3, Order at III (C).) The Court is aware of Plaintiff's action and will screen the complaint in due course. Plaintiff is advised that the Court will not file or respond in writing to any future requests for status of the case. Accordingly, Plaintiff's motion to expedite the screening of his complaint is denied.

IT IS SO ORDERED.

Dated: __**January 25, 2018**__         _____
                                            UNITED STATES MAGISTRATE JUDGE