**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR. | Case No.: 1:17-cv-01706-DAD-SAB (PC) |
| Plaintiff, | |
| v. | ORDER VACATING THE MARCH 14, 2018 FINDINGS AND RECOMMENDATION |
| D. DAVEY, et al., | [ECF No. 12] |
| Defendants. | |

Plaintiff Christopher Lipsey, Jr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 6, 2018, the Court issued an order striking Plaintiff's original complaint for lack of signature under penalty of perjury, and Plaintiff was granted thirty days to file an amended complaint. (ECF No. 11.) Plaintiff was warned that if he failed to comply, the Court would recommend that the action be dismissed for failure to state a cognizable claim for relief. (Id.)

Plaintiff did not file an amended complaint. Therefore, on March 14, 2018, the undersigned issued a Findings and Recommendation recommending dismissal of the action for failure to comply with court order. (ECF No. 13.)

On March 26, 2018, Plaintiff filed a first amended complaint. (ECF No. 13.)

///

///

1

In light of the fact that Plaintiff has now filed an amended complaint, albeit untimely, in the interest of justice the Court will vacate the Findings and Recommendation and screen the amended complaint pursuant to 28 U.S.C. § 1915A in due course.

Accordingly, it is HEREBY ORDERED that the March 14, 2018 (ECF No. 12) Findings and Recommendation is VACATED.

IT IS SO ORDERED.

Dated: **March 27, 2018**

UNITED STATES MAGISTRATE JUDGE