# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR. | Case No.: 1:17-cv-01706-DAD-SAB (PC) |
| Plaintiff, | |
| v. | ORDER REGARDING PLAINTIFF'S MAY 11, 2018, RESPONSE TO THE COURT'S SCREENING ORDER |
| D. DAVEY, et al., | |
| Defendants. | [ECF Nos. 15, 16] |

Plaintiff Christopher Lipsey, Jr. is appearing pro se and in form pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 12, 2018, the Court screening Plaintiff's first amended complaint and found that Plaintiff stated a cognizable retaliation claim against Defendant A. Randolph only. (ECF No. 15.) The Court granted Plaintiff the opportunity to file a second amended complaint or notify the Court of his intent to proceed only the retaliation claim against A. Randolph. (Id.)

On May 11, 2018, Plaintiff filed a notice indicating that he is willing to proceed on the retaliation claim against A. Randolph but argues that the Court should exercise supplemental jurisdiction and allow him to proceed on his claim under the Bane Act and against supervisory individuals. (ECF No. 16.)

///

///

1

As stated in the Court's April 12, 2018, screening order, Plaintiff has failed to state a cognizable claim under the Bane Act or against any of the named individuals based on supervisory liability. If Plaintiff wishes to seek relief under the California Bane Act or against supervisors Gallager, D. Davey and S. Kernan, he must amend the complaint and state facts sufficient to give rise to such claims. However, as Plaintiff was advised, the Court has determined that the facts alleged in his first amended complaint do not give rise to a cognizable claim under the California Bane Act or based on supervisory liability. Accordingly, in light of Plaintiff's May 11, 2018, unclear notice the Court will grant Plaintiff thirty (30) additional days to either file a second amended complaint or notify the Court of his intent to proceed only on the retaliation claim against Defendant A. Randolph.

Based on the foregoing, it is HEREBY ORDERED that:

1. Within thirty days from the date of service of this order, Plaintiff may either file a second amended complaint or notify the Court of his intent to proceed only on the retaliation claim against Defendant A. Randolph; and

2. The failure to comply with this order will result in a recommendation that the action be dismissed for failure to comply with a court order.

IT IS SO ORDERED.

Dated:    **May 14, 2018**

_____
UNITED STATES MAGISTRATE JUDGE

2