**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. DAVEY, et al.,<br><br>　　　　Defendants. | Case No.: 1:17-cv-01706-DAD-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S REQUEST FOR SPEEDY RESOLUTION<br><br>[ECF No. 42] |

　　　　Plaintiff Christopher Lipsey, Jr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On April 8, 2019, Plaintiff filed a motion entitled "Request Speedy Resolution." Plaintiff states that he "Is willing to waive his Bane Act claim and any objections if the Court and defendants are willing to schedule a settlement conference on the retaliation claim against defendant A. Randolph." (ECF No. 42 at 1.)

　　　　Plaintiff is advised that no party is required to settle a case and this court does not set mandatory settlement conferences when only one party requests it. However, if both parties believe a settlement conference will be beneficial, a settlement conference will be arranged. Since is it clear that Plaintiff is interested in scheduling a settlement conference, the Court will order Defendant to advise if a conference should be scheduled.

///

1

Accordingly, within **twenty-one (21)** days from the date of service of this order, Defendant shall notify the Court whether he believes, in good faith, that settlement in this case is a possibility and whether he is interested in having a settlement conference scheduled by the Court.

IT IS SO ORDERED.

Dated:  **April 10, 2019**  

_____
UNITED STATES MAGISTRATE JUDGE