
FILED

JUL 12 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ ᴇᴠ _____
  DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR., | Case No. 1:17-cv-01706-DAD-SAB (PC) |
| Plaintiff, | |
| v. | ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE CHRISTOPHER LIPSEY, JR., CDCR #F-18039 |
| D. DAVEY, et al., | |
| Defendants. | |

A settlement conference in this matter commenced on July 12, 2019. Inmate Christopher Lipsey, Jr., CDCR #F-18039 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 7/12/19

_____
UNITED STATES MAGISTRATE JUDGE

1