# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR.<br><br>Plaintiff,<br><br>v.<br><br>D. DAVEY, et al.,<br><br>Defendants. | Case No.: 1:17-cv-01706-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR COURT ORDER REGARDING SETTLEMENT AGREEMENT AS MOOT<br><br>[ECF No. 53] |

On July 12, 2019, a settlement conference was conducted and the parties reached a settlement agreement.

July 25, 2019, the instant action was closed pursuant to the parties' stipulation for voluntary dismissal.

On July 26, 2019, Plaintiff filed a notice, dated July 19, 2019, relating to the settlement agreement and indicated that he had not yet received the items as bargained for as part of the settlement. (ECF No. 53.) Plaintiff requests a court order as to the status of receipt of the items. (Id.) Defendant filed a response on August 6, 2019. (ECF No. 54.)

///

///

///

///

1

Defense counsel indicates that on July 23, 2019, Plaintiff mailed a letter to him, dated July 21, 2019, which stated, "Im writing just to let you know I received the package in full & tv." Plaintiff also indicated that, "p.s. Im letting the court know too (sic)." (Opp'n, Ex. A.) On July 26, 2019, defense counsel contacted Plaintiff's correctional institution and received information consistent with Plaintiff's July 23, 2019 letter—that he had received the property items at issue. (ECF No. 54.) Based on defense counsel's representation and Plaintiff's July 23, 2019, letter Plaintiff's request for a court order is denied as moot.

IT IS SO ORDERED.

Dated: **August 8, 2019**

UNITED STATES MAGISTRATE JUDGE