1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                            EASTERN DISTRICT OF CALIFORNIA

10

11    CHRISTOPHER LIPSEY, JR.,                    1:17-cv-01706-DAD-SAB (PC)

12                        Plaintiff,
                                                  ORDER REQUIRING DEFENDANT
13          v.                                    RANDOLPH TO RESPOND TO
                                                  PLAINTIFF'S MOTION TO ENFORCE
14    DAVEY, *et al.*,                            SETTLEMENT AGREEMENT

15                        Defendants.             (ECF No. 56)

16                                                **TWENTY-ONE (21) DAY DEADLINE**

17

18          Plaintiff Christopher Lipsey, Jr. ("Plaintiff") is a state prisoner who proceeded *pro se* and

19    *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

20          On July 12, 2019, a settlement conference was held before the undersigned.  The terms

21    and conditions of the settlement agreement were placed on the record and the Court retained

22    jurisdiction to enforce the settlement.  (ECF No. 49.)

23          On July 24, 2019, the parties filed a stipulation to dismiss this action with prejudice

24    pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), (ECF No. 51), and the action was

25    terminated by operation of law, (ECF No. 52).

26          Currently before the Court is Plaintiff's "Motion for Civil or Economic Penalties/Fines for

27    Breach of Contract/Settlement or Equitable Relief," filed March 18, 2020.  (ECF No. 56.)  In his

28    motion, Plaintiff states that as of March 9, 2020, he has not received payment pursuant to the

                                                  1

settlement agreement, and therefore seeks an order for Defendant to pay Plaintiff the agreed upon amount, as well as additional relief such as default judgment and/or additional monetary sanctions. (Id.) The Court construes Plaintiff's motion as a motion to enforce the settlement agreement.

The Court finds it appropriate to obtain a response from Defendant Randolph regarding the motion. Accordingly, Defendant Randolph shall file a response to Plaintiff's motion, (ECF No. 56), within **twenty-one (21) days** from the date of this order. Plaintiff's reply, if any, is due within **seven (7) days** from the date of service of Defendant Randolph's response.

IT IS SO ORDERED.

Dated: __**March 19, 2020**__     ___/s/ Barbara A. McAuliffe___
                                  UNITED STATES MAGISTRATE JUDGE